In the Matter of the Claim of ANNA VOGEL, Respondent, against JOHN F. CLIFFORD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was a scrubwoman and janitress. The sole question is the wage rate. Award is for nine dollars a week. The employer and the carrier object that the facts do not sustain the finding of thirteen dollars and fifty cents as the weekly wage rate. Claimant, a janitress and scrubwoman, worked for two employers. She received five dollars a week from appellant for two days' work, and lodging, board and twenty dollars a month from the other employer. There also was proof that thirteen dollars and fifty cents was a reasonable weekly wage for persons engaged in a like employment in the locality where claimant worked. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH KUZNICKI, Respondent, against BURNS BROTHERS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The employer appeals from an award of the Industrial Board to the claimant for partial disability. Claimant suffered a sixty per cent impairment of earning capacity by reason of a pelvic injury. During the continuance of this disability he became totally blind through causes in no way connected with his employment. The Board continued the award for partial disability after claimant became blind. The appellant asserts that an award for partial disability may not be continued after the disability resulting from blindness. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.